IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| DAVID ROGERS HILL, | ) | |
|---|---|---|
| Petitioner | ) | Civil Action No. 7:12cv00520 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN, GREEN ROCK | ) | |
| CORRECTIONAL CENTER, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss (Docket No. 14) is **GRANTED**; the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Hill has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

ENTER: This 17th day of June, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE